IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DELORES ARNOLD,

        Plaintiff,

vs.                                        CIVIL ACTION NO. 2:06cv72
                                            (Chief Judge Irene M. Keeley)

BRIELOFF FOOT CENTERS and
THERESA MELODY, M.D.,

        Defendants.

## ORDER

On the 7th day of November, 2007, Defendants filed a Motion to Compel Depositions [Docket Entry 60]. On the 26th day of November, 2007, Plaintiff filed a Response in Opposition to Defendant's Motion to Compel Depositions [Docket Entry 67]. By notice dated December 7, 2007, the Court scheduled Defendants' motion for hearing for December 13, 2007, at 2:30 p.m. [Docket Entry 70].

On December 7, 2007, Defendants filed a Notice of Withdrawal of Defendants' Motion to Compel Depositions [Docket Entry 71]. In consideration of the Notice of Withdrawal of Defendants' Motion to Compel Depositions, the Court, hereby, **CANCELS** the hearing scheduled for December 13, 2007, at 2:30 p.m., in this matter and instructs the Clerk to terminate Defendants' Motion to Compel Depositions [Docket Entry 60].

It is so **ORDERED**.

The United States Clerk for the Northern District of West Virginia is directed to provide a copy of this order to all counsel of record.

DATED: December 10, 2007

                                                        JOHN S. KAULL
                                                        UNITED STATES MAGISTRATE JUDGE