IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**DELORES ARNOLD,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　**CRIMINAL NO. 2:06CV72**
　　　　　　　　　　　　　　　　　　**(Judge Keeley)**

**BRIELOFF FOOT CENTERS**
**AND THERESA MELODY, M.D.,**

    **Defendant.**

### ORDER SCHEDULING HEARING

The Court will conduct a status/scheduling conference on **January 30, 2008 at 4:00 p.m.** at the **Clarksburg, West Virginia** point of holding court. Counsel may appear by telephone. The Court directs lead counsel for plaintiff, Barry Nace, to initiate the conference call to **304-624-5850.** Counsel for defendants shall notify Mr. Nace of the number where they may be reached for the conference call.

It is so **ORDERED.**

The Clerk is directed to transmit copies of the order to counsel of record.

DATED: January 15, 2008.

　　　　　　　　　　　　　　　　　　/s/ Irene M. Keeley
　　　　　　　　　　　　　　　　　　IRENE M. KEELEY
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE