IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DELORES ARNOLD,

      Plaintiff,

v.                                  CRIMINAL NO. 2:06CV72
                                        (Judge Keeley)

BRIELOFF FOOT CENTERS
AND THERESA MELODY, M.D.,

      Defendant.


## ORDER DIRECTING COUNSEL TO SUBMIT DISMISSAL ORDER

The Court has been advised that the issues raised and suggested by the above-styled civil action have been resolved and that this civil action may be ended and removed from the active docket of the Court.

The Court directs counsel for Plaintiff to prepare an appropriate dismissal order and to forward the same to the Court, with copies to all counsel of record in this civil action, within thirty (30) days from the date of the entry of this Order. Counsel may file any objections which they may have within ten (10) days from the receipt of the proposed dismissal order. Absent objections from counsel within the time allotted, the order will be entered concluding this civil action and removing the same from the active docket of the Court.

## ORDER DIRECTING COUNSEL TO SUBMIT DISMISSAL ORDER

The Clerk is directed to transmit copies of the order to counsel of record.

DATED: March 5, 2008.

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE